■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MARTIN, Appellant. [623 NYS2d 167] —Appeal from a judgment of the County Court of Washington County (Hemmett, J.), rendered July 23, 1991, convicting defendant upon his plea of guilty of the crime of promoting prison contraband in the first degree.

Upon reviewing the record and brief submitted by defense counsel, we agree that there are no nonfrivolous issues that could be raised on appeal. Accordingly, the judgment should be affirmed and defense counsel's application for leave to withdraw granted.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Spain, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. SIMONI, Appellant. [623 NYS2d 168] —Appeal from a judgment of the County Court of Schenectady County (Harrigan, J.), rendered November 4, 1992, which revoked defendant's probation and imposed a sentence of imprisonment.

In 1989, defendant pleaded guilty to sexual abuse in the first degree and was sentenced to five years' probation. Thereafter, in 1992 a violation of probation petition was filed against defendant to which he pleaded guilty, resulting in his being sentenced to a prison term of 2⅓ to 7 years. We reject defendant's contention that the sentence was harsh and excessive. Not only was it imposed in accord with the plea arrangement, but it was also in satisfaction of other criminal charges pending against him. We therefore find no basis to disturb the sentence imposed by County Court.

Cardona, P. J., Mercure, White, Casey and Peters, JJ., concur. Ordered that the judgment is affirmed.